HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPH R. KALAC,<br><br>  Defendant. | Case No. CR13-00224 RAJ<br><br>ORDER ON DEFENDANT'S MOTION FOR SENTENCE REDUCTION |

THIS MATTER comes before the Court on Defendant Joseph R. Kalac's Pro Se motions seeking a reduced sentence under 18 U.S.C. § 3582 (c)(2) based on Amendment 821 to the Sentencing Guidelines. Dkt. 188. He is currently serving his sentence at FCI – Victorville in Adelanto, California.

In the Government's opposition, the background summary accurately reflects the Defendant's history with this Court. Dkt. 192. Rather than restate the Government's summation, this Court accepts that the Government accurately stated the background of this case.

ORDER – 1

The Defendant contends, and the Government does not contest, that he has met the exhaustion requirement. Having done so, this Court is to consider whether a reduction is appropriate under the factors in 18 U.S.C. § 3553 (a).

The overwhelming evidence in this case militates against granting the Defendant's assertion for a reduced sentence. Rather than repeat the arguments of the Government, the Court adopts the recitation of facts justifying denial of the Defendant's request. Dkt. 192, at pgs. 3 - 6.

Having thoroughly considered the parties' briefing, and the relevant record, the Court finds oral argument unnecessary and hereby **DENIES** the motion.

For the foregoing reasons, the Defendant's Motion for Sentence Reduction is **DENIED.**

DATED this 10th day of September, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2